UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAMON JAQUEZ, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY　　　　22-cv-2414 (JGK)
SITUATED,

　　　　　　　　　　　　　　　　　　　　ORDER

　　　　　　　　Plaintiff,

　　- against -

ASANA, INC.,

　　　　　　　　Defendant.

---

JOHN G. KOELTL, District Judge:

　　The conference scheduled for June 29, 2022 is **canceled**.

SO ORDERED.

Dated:　　New York, New York
　　　　　June 23, 2022

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　United States District Judge